UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ESTHER LINKENBERG, individually and on behalf of those similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 7:22-cv-03500-PMH |
| MRS BPO, LLC, | : : | |
| Defendant. | : | |

### STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** that Richard J. Perr, Esq. and Monica M. Littman, Esq. of KAUFMAN DOLOWICH & VOLUCK, LLP be substituted as attorneys of record for Defendant, MRS BPO, LLC., in the above-entitled action, in the place and stead of outgoing counsel, MOSS & BARNETT.

| | |
|---|---|
| KAUFMAN DOLOWICH & VOLUCK, LLP<br>*Incoming Counsel for Defendant*<br>*MRS PBO, LLC* | MOSS & BARNETT<br>*Outgoing counsel for Defendant*<br>*MRS BPO, LLC* |
| By: /s/ Richard J. Perr<br>Richard J. Perr, Esq. Reg #5290226<br>Monica M. Littman, Esq. Reg #5885694<br>1600 John F. Kennedy Blvd, Suite 1030<br>Philadelphia, PA  19103<br>(215) 501-7002<br>rperr@kdvlaw.com;<br>mlittman@kdvlaw.com | By: /s/ Michael T. Etmund<br>Michael T. Etmund, Esq. Reg #5168331<br>150 South Fifth Street, Suite 1200<br>Minneapolis, MN  55402-4129<br>(612) 877-5309<br>Mike.etmund@lawmoss.com |

MRS BPO, LLC

*[signature]*

William Michael Perkins
Director of Litigation & Regulatory Management

**Dated: June 24, 2022**
    **White Plains, New York**

It is So Ordered:

*[signature]*

Philip M. Halpern, U.S.D.J.